FILED

7/16/2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____JL_____
Deputy

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**BRAULIO MURILLO-TAVAREZ,**

**Defendants.**

**Case No: 4:26-CR-00140**

### INDICTMENT

**Count 1: 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8), Prohibited Person in Possession of a Firearm**

**Count 2: 8 U.S.C. §§ 1326(a) & (b)(1), Re-Entry of Removed Alien**

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about June 27, 2026, in the Western District of Texas, the Defendant,

**BRAULIO MURILLO-TAVAREZ,**

knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm and ammunition, that is, one ArmaLite Rifle (AR)-style rifle with manufacturer, model, and serial number removed and three (3) magazines containing a total of fifty-one (51) rounds of .223 caliber ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

## COUNT TWO

On or about June 27, 2026, in the Western District of Texas, the defendant,

**BRAULIO MURILLO-TAVAREZ**,

an alien attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed from the United States and Defendant had not received consent of the Attorney General of the United States or the Secretary of Homeland Security, to reapply for admission to the United States.  A violation of Title 8 U.S.C. Sections 1326(a) & (b)(1).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

**BY: JUSTIN R. SIMMONS**
**UNITED STATES ATTORNEY**

For: JIMMIE L. HOLLOWAY, JR.
ASSISTANT UNITED STATES ATTORNEY